# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158333(46)
158335

TOMRA OF NORTH AMERICA, INC.,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

SC: 158333
COA: 336871
Ct of Claims: 16-000118-MT

_____/

TOMRA OF NORTH AMERICA, INC.,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

SC: 158335
COA: 337663
Ct of Claims: 14-000091-MT

_____/

On order of the Chief Justice, the motion of the Taxation Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 7, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2019               

Clerk